[No. 5192. Decided February 28, 1905.]

W. B. GILL, *Respondent*, v. NORTH AMERICAN TRANSPORTATION AND TRADING COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for King county, Albertson, J., entered January 19, 1904, upon the verdict of a jury rendered in favor of the plaintiff, in an action for personal injuries received by a seaman in falling through an open hatch, while in the defendant's employ. Affirmed.

*Bausman & Kelleher*, for appellant.

PER CURIAM.—The only question presented on this appeal relates to the jurisdiction of the state courts in maritime contracts. This question was decided adversely to the appellant in *Ransberry v. North American Transp. & Trad. Co.*, 22 Wash. 476, 61 Pac. 154. We are now asked to reconsider and overrule that case upon this point. No new authorities are cited and no reason presented which was not considered on that appeal. We are satisfied with the decision therein rendered. The judgment is therefore affirmed.

[1]Reported in 79 Pac. 778.